**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00112-01-CR-W-BP |
| ) | |
| MATIAS ISAAC RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 29, 2017, the Grand Jury returned a one-count Indictment charging that on or about March 9, 2017, the Defendant, Matias Isaac Rodriguez, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Bradley Kent Kavanaugh
    Case Agent: Detective John Pickens, Kansas City, MO Police Department
  Defense: Gerald Gray, II
    Legal assistant: Myra Gray

**OUTSTANDING MOTIONS**:  No outstanding motions

**TRIAL WITNESSES**:
  Government: 7 with stipulations; 9 without stipulations
  Defendant: 6-7 witnesses, including the Defendant

**TRIAL EXHIBITS:**
  Government: approximately 45 exhibits, most of which are photos
  Defendant: approximately 15 exhibits, many are videos or sketch documents

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2½-3 days total**
    Government's case including jury selection: 1½ to 2 day(s)
    Defendant: 1 day(s)

**STIPULATIONS**: No stipulations.

**UNUSUAL QUESTIONS OF LAW:** No unusual questions of law.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government:   Proposed Witness List filed October 1, 2019.
                         Proposed Exhibit List filed October 2, 2019.
                         **Updated list(s) due on or before October 15, 2019**.
        Defendant: **Due on or before October 15, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due on or before October 23, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before October 23, 2019.**


**TRIAL SETTING**: Criminal jury trial docket set for October 28, 2019.

    **Please note:** Government is requesting the second week of the docket as Detective Pickens is out of town the first week of the docket. Defendant has no objection to the second week.


    **IT IS SO ORDERED**


                                                */s/ Lajuana M. Counts*
                                              LAJUANA M. COUNTS
                                              UNITED STATES MAGISTRATE JUDGE